AO 440 (Rev DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Haudenosaunee; The Onondaga Nation

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, Secretary of the Interior;
Henry Paulson, Secretary of the Treasury; and
Ross Swimmer, Special Trustee for American Indians

CASE NUMBER 1:06CV02254

JUDGE: Richard J. Leon

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/29/2006

TO: (Name and address of Defendant)

Jeffrey A. Taylor, United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Curtis G. Berkey

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 29 2006
_____             _____
CLERK                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE January 10, 2007 |
| NAME OF SERVER *(PRINT)* Martha Morales | TITLE Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I served the Summons, the Complaint for Declaratory and Injunctive Relief, the Notice of Right to Consent to Trial, the Initial Electronic Case Filing Order, and the Case Management Order on Jeffrey A. Taylor, United States Attorney, by Certified Mail.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 10, 2007         *Martha Morale* (signature)
                   Date                        *Signature of Server*

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee | |
| | B. Received by (*Printed Name*) | C. Date of Delivery<br>JAN 16 07 | |
| 1. Article Addressed to:<br>Jeffrey A. Taylor<br>United States Attorney<br>United States Attorney's Office<br>555 4th Street, NW<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | | |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes | | |
| 2. Article Number<br>(*Transfer from service label*) | 7005 3110 0001 9899 2751 | | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540