## ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
ATTORNEYS AT LAW
www.abwwlaw.com

2030 ADDISON STREET, SUITE 410
BERKELEY, CALIFORNIA 94704
PH: (510) 548-7070
FAX: (510) 548-7080

1930 18TH STREET N.W., SUITE B2
WASHINGTON, D.C. 20009
PH: (202) 797-2548
FAX: (202) 797-2550

CURTIS G. BERKEY *(CA, D.C.)*
SCOTT W. WILLIAMS *(CA, VA)*
THOMAS WEATHERS *(CA)*
MEREDITH D. DRENT *(CA)*
DAVID H. HOUSE *(CA, MT)*
ROVIANNE A. LEIGH *(CA)*

PAUL ALEXANDER *(D.C.)*

February 12, 2007

Hon. Richard J. Leon
United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Hon. James Robertson
United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: *The Haudenosaunee and the Onondaga Nation v. United States*
Civil Case No: 1:06-cv-02254-RJL

Dear Judge Leon and Judge Robertson:

I am counsel for the plaintiffs in the above-captioned action. Pursuant to L.Cv.R. 40.5(b)(3), I am writing to notify you of the existence of related cases and to suggest that for reasons of economy and efficiency the above-captioned case be transferred to the Calendar Committee for reassignment to Judge Robertson, who is presiding over the earlier-filed cases. A list of the related cases is attached to this letter. This case and the cases on the attached list have the same federal officials as defendants and raise similar issues related to the legal obligations of the federal government to account for the collection, custody and disbursement of Indian trust funds and property. Because the procedures for resolving these complex cases are likely to be similar, we believe the interests of judicial economy will be served by having a single judge preside over this group of related cases. We have served this letter on counsel for the defendants in the above-captioned case, and counsel for the parties in the related cases.

Very truly yours,

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

Curtis G. Berkey

cc: Counsel of Record

Enclosure

**Cases Related to *Haudenosaunee, et al. v. United States*, 1:06-cv-02254-RJL**

1. *Eastern Shawnee Tribe of Oklahoma v. Kempthorne, et al.*, 1:06-cv-02162-JR

2. *Muscogee (Creek) Nation of Oklahoma v. Kempthorne, et al.*, 1:06-cv-02161-JR

3. *Northwestern Band of Shoshone v. Kempthorne, et al.*, 1:06-cv-02163-JR

4. *Red Cliff Band of Lake Superior Indians v. Kempthorne, et al.*, 1:06-cv-02164-JR

5. *Sokaogon Chippewa Community v. Kempthorne, et al.*, 1:06-cv-02247-JR

6. *Lower Brule Sioux Tribe v. Norton, et al.*, 1:05-cv-02495-JR

7. *Winnebago Tribe of Nebraska v. Norton, et al.*, 1:05-cv-02493-JR

8. *Wyandot Nation of Kansas v. Norton, et al.*, 1:05-cv-02491-JR

9. *Rosebud Sioux Tribe v. Norton, et al.*, 1-05-cv-02492-JR

10. *Prairie Band of Potawatomi Nation v. Norton, et al.*, 1:05-cv-02496-JR

DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On February 12, 2007, I caused to be served the following document(s) in <u>The Haudenosaunee and the Onondaga Nation v. United States</u>, Case No.: 06-cv-02249-RJL:

1) **LETTER NOTICE OF RELATED CASES**

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Anthony P. Hoang
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20004-0663

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on February 12, 2007, at Berkeley, California.

_____
Martha Morales