IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HAUDENOSAUNEE and <br> THE ONONDAGA NATION, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, <br> Secretary of the Interior, <u>et al.</u>, <br><br> Defendants. | Case No. 1:06cv02254-JR |

### PARTIES' JOINT MOTION FOR
### TEMPORARY STAY OF LITIGATION,
### AND [PROPOSED] ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (Fed. R. Civ. P.) and Local Civil Rule (LCvR) 7, the parties hereby respectfully request that this Court issue a temporary stay of litigation in this case, effective immediately, to and including July 27, 2007. The grounds for this joint motion are as follows:

1.  Plaintiffs filed this case on December 29, 2006. <u>See</u> Complaint, Doc. 1. Also, Plaintiffs filed a companion case in damages in the United States Court of Federal Claims (CFC), <u>The Haudenosaunee and The Onondaga Nation v. United States</u>, No. 06-909-TCW (Fed. Cl.), on December 28, 2006. Plaintiffs' allegations in both cases relate to the trust accounting and other trust duties and responsibilities allegedly owed by Defendants to Plaintiffs.

2.  Based on the date of service under Fed. R. Civ. P. 4, the deadline for Defendants to file their Answer or otherwise respond to the Complaint in this case is March 19, 2007.

3.  Since the filing of this case and Plaintiffs' companion case in the CFC, Plaintiffs' counsel, Curtis G. Berkey, has conferred with Defendants' counsel, Anthony P. Hoang, several

times, and, among other things, counsel have discussed and agreed to (a) launch settlement discussions to address or resolve the issues and claims raised by Plaintiffs in their cases; (b) undertake several activities, including informal requests and productions of relevant or potentially relevant documents and data, in furtherance of the settlement discussions; and (c) seek a temporary stay of litigation, to and including July 27, 2007, in Plaintiffs' cases, so that the parties could conduct their settlement discussions.

4. Also, Defendants' counsel has informed Plaintiffs' counsel that, by Defendants' computation, there are presently about 103 Tribal trust accounting and trust mismanagement lawsuits pending in this Court,[1] in the United States District Courts for Oklahoma,[2] and in the CFC.[3] Exh. 1. Given the number of cases and the significant potential for overburdening already limited resources, Defendants holds the view that it would be sensible for the Tribes in litigation (including Plaintiffs) and Defendants to work together to formulate and execute an appropriate joint and cooperative response to or method for handling or resolving the cases without the need for litigation, if possible. To that end, Defendants' counsel has been and continues to be working diligently with attorneys from the Solicitor's Office for the United States Department of the Interior and from the Chief Counsel's Office for the Financial Management Service of the United States Department of

---

[1] There are currently 37 Tribal trust cases, including the instant case, in this Court. See Exhibit (Exh.) 1. Most of the Tribes bringing these lawsuits (like Plaintiffs) have also filed companion cases in the CFC. Id.

[2] There are currently nine Tribal trust cases in the United States District Courts in Oklahoma. Exh. 1. Most of the Tribes bringing these lawsuits have also filed companion cases in the Court of Federal Claims. Id.

[3] There are currently 57 Tribal trust cases, including Plaintiffs' companion case, in the CFC. Exh. 1.

the Treasury (i.e., the federal agencies principally involved in the Tribal trust accounting and trust mismanagement issues and claims raised by the Tribes, including Plaintiffs herein) and with counsel for the Tribes in litigation, to determine the feasibility of developing a joint, cooperative approach for resolving the issues and claims as an alternative to litigation.  In any event, regardless of the outcome of Defendants' discussions with other Tribes in other cases, counsel for the parties in this case, as well as Plaintiffs' CFC companion case, have agreed that they would undertake the same determination process regarding a joint, cooperative approach with respect to Plaintiffs' issues and claims.

     5.     Given the large number of Tribal trust cases pending in this Court, other United States District Courts, and the CFC, and given the likelihood that the Tribes and Defendants will explore settlement discussions in the cases, counsel for the parties in this case have agreed that it would take time and effort to convene (let alone, conclude) a discussion among the parties herein, and that, therefore, it would be appropriate to seek a temporary stay of the litigation in this case, to and including July 27, 2007, so as to permit an adequate opportunity for the parties herein to conduct such a discussion.  The parties anticipate that they will require some time in this case, as well as in Plaintiffs' CFC companion case, to confer and determine how to develop a good-faith process for identifying and producing documents necessary for meaningful settlement discussions and for conducting those settlement discussions.  The parties are committed to working toward that goal. Accordingly, counsel have agreed that, on or before July 27, 2007, they would inform the Court in writing of the outcome of their joint discussion and their proposal, if any, about whether and how to proceed with the case (e.g., informal settlement discussions, formal ADR (including mediation), or litigation).

6.  Based on the foregoing, the parties hereby respectfully request that the Court grant the following relief:

   a.  Temporarily stay the litigation of this case, to and including July 27, 2007;

   b.  Make the temporary stay effective immediately, thus deferring, among other things, the time and obligation for Defendants to file their Answer or otherwise respond to the Complaint, until after the termination of the temporary stay;

   c.  Order that the parties file a joint status report on or before July 27, 2007, informing the Court of the status and outcome of their discussions and making a proposal and motion, if appropriate, to the Court about whether and how to proceed with the case; and

   e.  Direct that, in the event that the parties seek to reinstate and proceed with the litigation of this case, the parties set forth, in their joint status report and motion, if appropriate, their recommendations regarding the deadlines for such items as the filing by Defendants of their Answer or response to the Complaint, and the parties' compliance with the requirements of LCvR 16.3.

7.  On the one hand, the granting of this joint motion would serve the public interest by promoting judicial economy and conserving the parties' limited resources.  Further, it would not cause any undue prejudice or harm to the rights and interests of the parties herein.  On the other hand, the denial of the joint motion would unduly interfere with the parties' ability to confer among themselves and to pursue the possibility of settlement in this case, as well as in Plaintiffs' CFC companion case.

8.  Undersigned counsel for Defendants conferred with counsel for Plaintiffs, Mr. Berkey, by e-mail about this joint motion on March 6, 2007, and, after review of the motion, Mr. Berkey authorized undersigned counsel in writing to sign and file the motion on behalf of Plaintiffs

and Plaintiffs' counsel.

WHEREFORE, the parties respectfully request that their motion for temporary stay of litigation be GRANTED.

Respectfully submitted this 6th day of March, 2007,

                MATTHEW McKEOWN
                Acting Assistant Attorney General

*/s/ Curtis G. Berkey*
*by /s/ Anthony P. Hoang*
*pursuant to authorization*
*provided on March 6, 2007*        */s/ Anthony P. Hoang*
CURTIS G. BERKEY, D.C. Bar #288647   ANTHONY P. HOANG, FL Bar #798193
cberkey@abwwlaw.com               anthony.hoang@usdoj.gov
SCOTT W. WILLIAMS, CA Bar #097966   MARTIN J. LALONDE, IL Bar #6218249
swilliams@abwwlaw.com             martin.lalonde@usdoj.gov
Alexander, Berkey, Williams & Weathers LLP   United States Department of Justice
2030 Addison Street, Suite 401            Environment and Natural Resources Division
Berkeley, CA 94704                   P.O. Box 663
Tel: (510) 548-7070                   Washington, D.C. 20044-0663
Fax: (510) 548-7080                   Tel: (202) 305-0241
                                      Tel: (202) 305-0247
                                      Fax: (202) 353-2021

Attorneys for Plaintiffs                  Attorneys for Defendant

                                        OF COUNSEL:

                                        THOMAS KEARNS
                                        Office of the Solicitor
                                        United States Department of the Interior
                                        Washington, D.C. 20240

                                        TERESA E. DAWSON
                                        Office of the Chief Counsel
                                        Financial Management Service
                                        United States Department of the Treasury
                                        Washington, D.C. 20227

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing JOINT MOTION FOR TEMPORARY STAY OF LITIGATION and [PROPOSED] ORDER was served on March 6, 2007, by Electronic Case Filing or by regular United States mail, first-class postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

    Curtis G. Berkey
    cberkey@abwwlaw.com
    Scott W. Williams
    swilliams@abwwlaw.com
    ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
    2030 Addison Street, Suite 401
    Berkeley, CA 94704
    Fax: (510) 548-7080

    */s/ Anthony P. Hoang*
    ANTHONY P. HOANG

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HAUDENOSAUNEE and<br>THE ONONDAGA NATION,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior, et al.,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Case No. 1:06cv02254-JR<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for temporary stay of litigation. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

　　　1.　　The parties' joint motion should be and hereby is GRANTED;

　　　2.　　Effective immediately, the litigation of this case, including Defendants' time and obligation to file their Answer or otherwise respond to the Complaint, is temporarily stayed until July 27, 2007;

　　　3.　　The parties shall file a joint status report on or before July 27, 2007, informing the Court of the status and outcome of their discussions and making a proposal and joint motion, if appropriate, to the Court about whether and how to proceed with the case; and

　　　4.　　In the event that the parties seek to reinstate and proceed with the litigation of this case, the parties shall set forth, in their joint status report and motion, their recommendations regarding the deadlines for such items as the filing by Defendants of their Answer or response to the Complaint, and the parties' compliance with the requirements of Local Civil Rule (LCvR) 16.3.

SO ORDERED.

Date: _____    _____
HON. JAMES ROBERTSON
United States District Court