# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HAUDENOSAUNEE, and ) <br> THE ONODAGA NATION, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> DIRK KEMPTHORNE ) <br> Secretary of the Interior, *et al.* ) <br>   ) <br> Defendants. ) <br> _____ ) | Civil No. 1:06cv02254-JR |

## NOTICE OF APPEARANCE OF COUNSEL

In addition to the appearance of Anthony P. Hoang, please enter the appearance of Devon Lehman McCune as counsel for the Federal Defendants in substitution for Martin J. LaLonde.

All files, papers, and correspondence to Ms. McCune should be addressed as follows:

>Devon Lehman McCune
>U.S. Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>1961 Stout Street, 8th Floor
>Denver, CO 80294
>Telephone: 303-844-1487
>Telefax: 303-844-1350
>Email: Devon.McCune@usdoj.gov

Respectfully submitted this 24th day of July, 2007.

>RONALD J. TENPAS
>Acting Assistant Attorney General
>
>  s/ *Devon Lehman McCune*
>Devon Lehman McCune, Trial Attorney
>U.S. Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section

        1961 Stout St., 8th Floor
        Denver, CO  80294
        (303) 844-1487 (tel.)
        (303) 844-1350 (fax)
        devon.mccune@usdoj.gov

        Anthony P. Hoang, Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington D.C. 20044-0663
        (202) 305-0241 (tel.)
        (202) 305-2021 (fax)
        anthony.hoang@usdoj.gov

Of Counsel:

THOMAS KEARNS
Department of the Interior
Office of the Solicitor

RACHEL HOWARD
Department of the Treasury
Office of the Chief Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2007, a copy of the **NOTICE OF APPEARANCE OF COUNSEL** was electronically sent via the CM/ECF system by the United States District Court, District of Columbia to the following parties:

Curtis Gene Berkey
Email: cberkey@abwwlaw.com

                                      s/ *Devon Lehman McCune*
                                      Devon Lehman McCune