**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HAUDENOSAUNEE, and | ) |
| THE ONODAGA NATION, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Civil No. 1:06cv02254-JR |
| | ) |
| DIRK KEMPTHORNE | ) |
| Secretary of the Interior, *et al.* | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE MOTION FOR REMAND AND FOR
EXTENSION OF TEMPORARY STAY OF LITIGATION,
[PROPOSED] ORDER, AND EXHIBIT 1**

Pursuant to Federal Rule of Civil Procedure (Fed. R. Civ. P.) 6 and Local Civil Rule

(LCvR) 7, Defendants respectfully respect that the Court grant this unopposed motion for

enlargement of time, to and including August 10, 2007, within which to file their motion for

remand.  Further, they respectfully request that the temporary stay of litigation issued by the

Court in its order dated July 2, 2007, be extended at least until August 10, 2007.

This unopposed enlargement motion is Defendants' first such motion.  The grounds for

the unopposed motion are as follows:

1.      On July 2, 2007, this Court issued an order in this Tribal trust accounting case, as

well as 36 other Tribal trust accounting cases that are currently pending before the Court.[1]

Docket (Doc.) # 13.

---

[1]      See Defendants' Exhibit (Def. Exh.) 1 at 2-4.

2.      In its July 2 order, the Court stayed "all proceedings . . . for 30 days from the date

of [the] order" and stated, in relevant parts, that Defendants have "**30 days from the date of**

**[the] order** to file [their] anticipated remand motion" and that, "in any case in which the

government does <u>not</u> file such a motion, the government will be **deemed to have waived** its

remand argument." <u>Id.</u>, at 4-5 (emphasis in the original).

3.      By Defendants' calculation, under the Court's order, Defendants have to and

including August 1, 2007, to file their remand motion in this case.

4.      Defendants need additional time, to and including August 10, 2007, in order to

file their remand motion.  Counsel for Defendants have been and continue to be working

diligently on the draft remand motion papers, including conferring about, coordinating,

researching, analyzing, preparing, and evaluating them with the relevant personnel of the United

States Departments of the Interior and of the Treasury.  Given the complexity and significance of

the issues involved in the remand motion papers, Defendants' counsel require adequate time to

complete their work; submit the draft motion papers to the appropriate officials and staffers at

the Departments of Justice, the Interior, and the Treasury, for review; coordinate the reviews;

incorporate and otherwise address any resulting comments; finalize the motion papers; and file

them with the Court.  In addition to working on the remand motion, Defendants' counsel have

been and continue to be addressing and otherwise juggling other work and work-related travel

demands of the 102 Tribal trust accounting and trust mismanagement cases that are currently

pending in this Court, the United States District Courts in Oklahoma, and the United States

Court of Federal Claims.  This situation applies as well to the attorneys in the Solicitor's Office

of the Interior Department and the Chief Counsel's Office of the Financial Management Service

of the Treasury Department, who are assigned to work on the 102 Tribal trust cases and who are responsible for coordinating with Defendants' counsel on the remand motion papers.  In addition to the 102 Tribal trust cases, Defendants' counsel are also busy with work in other unrelated litigation.

5.    Pursuant to LCvR 7, undersigned Defendants' counsel contacted Plaintiffs' counsel, Curtis Berkey, about this motion by telephone and Mr. Berkey informed Defendants' counsel that Plaintiffs do not oppose this motion.

6.    The granting of this unopposed motion will not cause any undue prejudice or harm to the rights and interests of the parties herein.  The parties in this case have been and continue to be in an informal settlement discussion process in an effort to resolve Plaintiffs' issues and claims herein.  Also, pursuant to this Court's July 2 order, all proceedings, including litigation deadlines, in the case have been stayed until August 1, 2007 (or August 10, 2007, if the Court grants this unopposed enlargement motion).  Doc. # 13.  Further pursuant to the order, in the event that Defendants file their remand motion in the case, all proceedings in the case will be further stayed until the Court has decided the motion.  Id.  Additionally, the granting of the motion will promote judicial efficiency and serve the public interest by enabling Defendants to submit well-researched, -analyzed, -briefed, and -reviewed remand motion papers to the Court. At the same time, however, the denial of the unopposed motion will cause prejudice and harm to Defendants' position, in that Defendants will not have sufficient time to complete their preparation of the remand motion papers and undertake a full and thorough review of them with the client agencies before filing.

WHEREFORE, Defendants request that their unopposed motion be GRANTED.

Respectfully submitted this 30th day of July, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

  s/ *Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO  80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

Anthony P. Hoang, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington D.C. 20044-0663
(202) 305-0241 (tel.)
(202) 305-2021 (fax)
anthony.hoang@usdoj.gov

Of Counsel:

THOMAS KEARNS
Department of the Interior
Office of the Solicitor

RACHEL HOWARD
Department of the Treasury
Office of the Chief Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2007, a copy of the **DEFENDANTS' UNOPPOSED**

**MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE MOTION FOR**

**REMAND AND FOR EXTENSION OF TEMPORARY STAY OF LITIGATION,**

**[PROPOSED] ORDER, AND EXHIBIT 1** was electronically sent via the CM/ECF system by

the United States District Court, District of Columbia to the following parties:


Curtis Gene Berkey
Email: cberkey@abwwlaw.com


                    s/ *Devon Lehman McCune*
                    Devon Lehman McCune

# DEFENDANTS' EXHIBIT 1

**CURRENT TRIBAL TRUST ACCOUNTING AND TRUST MISMANAGEMENT CASES**
(as of July 30, 2007)

**I.**

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|-----|--------------------------------------------------------------------------------------------------------|
| 1 | *Ak-Chin Indian Community v. Kempthorne* <br> No. 06-cv-02245-JR |
| 2 | *Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation v. Kempthorne* <br> No. 02-cv-00035-JR |
| 3 | *Cheyenne River Sioux Tribe v. Kempthorne* <br> No. 06-cv-01897-JR |
| 4 | *Chippewa Cree Tribe of the Rocky Boy's Reservation v. Kempthorne* <br> No. 02-cv-00276-JR |
| 5 | *Coeur d'Alene Tribe v. Kempthorne* <br> No. 06-cv-02242-JR |
| 6 | *Colorado River Indian Tribes v. Kempthorne* <br> No. 06-cv-02212-JR |
| 7 | *Confederated Tribes of the Colville Reservation v. Kempthorne* <br> No. 05-cv-02471-JR |
| 8 | *Confederated Tribes of the Goshute Reservation v. Kempthorne* <br> No. 06-cv-01902-JR |
| 9 | *Crow Creek Sioux Tribe v. Kempthorne* <br> No. 04-cv-00900-JR |
| 10 | *Eastern Shawnee Tribe of Oklahoma v. Kempthorne* <br> No. 06-cv-02162-JR |
| 11 | *Gila River Indian Community v. Kempthorne* <br> No. 06-cv-02249-JR |
| 12 | *Haudenosaunee and Onondaga Nation v. Kempthorne* <br> No. 06-cv-02254-JR |
| 13 | *Iowa Tribe of Kansas and Nebraska v. Kempthorne* <br> No. 06-cv-01899-JR |

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|-----|--------------------------------------------------------------------------------------------------------|
| 14 | *Lower Brule Sioux Tribe v. Kempthorne* <br> No. 05-cv-02495-JR |
| 15 | *Muskogee (Creek) Nation of Oklahoma v. Kempthorne* <br> No. 06-cv-02161-JR |
| 16 | *Nez Perce Tribe, Mescalero Apache Tribe, Tule River Indian Tribe, Hualapai Tribe, Yakama Nation, Klamath Tribes, Yurok Tribes, Cheyenne-Arapaho Tribe, Pawnee Nation of Oklahoma, Sac and Fox Nation, Santee Sioux Tribe of Nebraska, and Tlingit-Haida Tribes of Alaska  v. Kempthorne* <br> No. 06-cv-02239-JR |
| 17 | *Northern Cheyenne Tribe of Indians v. Kempthorne* <br> No. 06-cv-02250-JR |
| 18 | *Northwestern Band of Shoshone Indians v. Kempthorne* <br> No. 06-cv-02163-JR |
| 19 | *Oglala Sioux Tribe v. Kempthorne* <br> No. 04-cv-01126-JR |
| 20 | *Omaha Tribe of Nebraska v. Kempthorne* <br> No. 04-cv-00901-JR |
| 21 | *Osage Tribe of Indians of Oklahoma v. United States* <br> No. 04-cv-00283-JR |
| 22 | *Passamaquoddy Tribe of Maine v. Kempthorne* <br> No. 06-cv-02240-JR |
| 23 | *Pechanga Band of Luiseno Mission Indians v. Kempthorne* <br> No. 06-cv-02206-JR |
| 24 | *Prairie Band of Potawatomi Nation v. Kempthorne* <br> No. 05-cv-02496-JR |
| 25 | *Red Cliff Band of Lake Superior Indians v. Kempthorne* <br> No. 06-cv-02164-JR |
| 26 | *Rosebud Sioux Tribe v. Kempthorne* <br> No. 05-cv-02492-JR |
| 27 | *Salt River Pima-Maricopa Indian Community v. Kempthorne* <br> No. 06-cv-02241-JR |

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|-----|--------------------------------------------------------------------------------------------------------|
| 28 | *Shoshone-Bannock Tribes of the Fort Hall Reservation v. Kempthorne* No. 02-cv-00254-JR |
| 29 | *Sokaogon Chippewa Community v. Kempthorne* No. 06-cv-02247-JR |
| 30 | *Standing Rock Sioux Tribe v. Kempthorne* No. 02-cv-00040-JR |
| 31 | *Stillaguamish Tribe of Indians v. Kempthorne* No. 06-cv-01898-JR |
| 32 | *Te-Moak Tribe of Western Shoshone Indians v. Kempthorne* No. 05-cv-02500-JR |
| 33 | *Three Affiliated Tribes of the Fort Berthold Reservation v. Kempthorne* No. 02-cv-00253-JR |
| 34 | *Tohono O'Odham Nation v. Kempthorne* No. 06-cv-02236-JR |
| 35 | *Winnebago Tribe of Nebraska v. Kempthorne* No. 05-cv-02493-JR |
| 36 | *Wyandot Nation of Kansas v. Kempthorne* No. 05-cv-02491-JR |
| 37 | *Yankton Sioux Tribe v. Kempthorne* No. 03-cv-01603-JR |

**II.**

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Courts in Oklahoma |
|-----|---------------------------------------------------------------------------------------------|
| 1 | *Alabama-Quassarte Tribal Town v. United States*<br>No. 06-cv-00558-RAW (E.D. Okla.) |
| 2 | *Chickasaw Nation and Choctaw Nation v. Department of the Interior*<br>No. 05-cv-01524 (W.D. Okla.) |
| 3 | *Kaw Nation v. Kempthorne*<br>No. 06-cv-01437-W (W.D. Okla.) |
| 4 | *Miami Tribe of Oklahoma v. Kempthorne*<br>No. 06-cv-00698-GKF-SAJ (N.D. Okla.) |
| 5 | *Otoe-Missouria Tribe of Oklahoma v. Kempthorne*<br>No. 06-cv-01436-C (W.D. Okla.) |
| 6 | *Ponca Tribe of Indians of Oklahoma v. United States*<br>No. 06-cv-01439-C (W.D. Okla.) |
| 7 | *Seminole Nation of Oklahoma v. Kempthorne*<br>No. 06-cv-00556-SPS (E.D. Okla.) |
| 8 | *Tonkawa Tribe of Indians v. Kempthorne*<br>No. 06-cv-01435-F (W.D. Okla.) |
| 9 | *United Keetoowah Band of Cherokee Indians in Oklahoma v. United States*<br>No. 06-cv-00559-RAW (E.D. Okla.) |

**III.**

| No. | Names and Civil Docket Numbers of Cases Filed in United States Court of Federal Claims |
|---|---|
| 1 | *Ak-Chin Indian Community v. United States*<br>No. 06-cv-00932-ECH |
| 2 | *Blackfeet Tribe of the Blackfeet Indian Reservation v. United States*<br>No. 02-cv-00127-LSM |
| 3 | *Cheyenne River Sioux Tribe v. United States*<br>No. 06-cv-00915-NBF |
| 4 | *Chippewa Cree Tribe of the Rocky Boy's Reservation; Little Shell Tribe of Chippewa Indians; Turtle Mountain Band of Chippewa Indians; White Earth Band of Chippewa Indians v. United States* (Pembina Judgment Fund)<br>No. 92-cv-00675-ECH |
| 5 | *Coeur d'Alene Tribe v. United States*<br>No. 06-cv-00940-EJD |
| 6 | *Colorado River Indian Tribes v. United States*<br>No. 06-cv-00901-LAS |
| 7 | *Confederated Tribes of the Goshute Reservation v. United States*<br>No. 06-cv-00912-EGB |
| 8 | *Confederated Tribes of the Warm Springs Reservation of Oregon v. United States*<br>No. 02-cv-00126-SGB |
| 9 | *Crow Creek Sioux Tribe v. United States*<br>No. 05-cv-1383L-MCW |
| 10 | *Delaware Tribe of Indians and the Delaware Trust Board v. United States*<br>No. 02-cv-00026-FMA |
| 11 | *Eastern Shawnee Tribe of Oklahoma v. United States*<br>No. 06-cv-00917-CFL |
| 12 | *[Eastern] Shoshone Indian Tribe of the Wind River Reservation v. United States, [Northern] Arapahoe Indian Tribe of the Wind River Reservation v. United States*<br>No. 79-cv-00458-ECH |
| 13 | *Eastern Shoshone Tribe of the Wind River Reservation v. United States, Northern Arapaho Tribe of the Wind River Reservation v. United States*<br>No. 06-cv-00903-ECH |

| No. | Names and Civil Docket Numbers of Cases Filed in<br>United States Court of Federal Claims |
|-----|-----|
| 14 | *Gros Ventre Tribe and Assiniboine Tribe v. United States*<br>No. 06-cv-00931-NBF |
| 15 | *Haudenosaunee and Onodaga Nation v. United States*<br>No. 06-cv-00909-TCW |
| 16 | *Hoopa Valley Tribe v. United States*<br>No. 06-cv-00908-LMB |
| 17 | *Hopi Tribe v. United States*<br>No. 06-cv-00941-CFL |
| 18 | *Iowa Tribe of Kansas and Nebraska v. United States*<br>No. 06-cv-00920-EJD |
| 19 | *Jicarilla Apache Nation v. United States*<br>No. 02-cv-00025-FMA |
| 20 | *Kaw Nation of Oklahoma v. United States*<br>No. 06-cv-00934-FMA |
| 21 | *Lower Brule Sioux Tribe v. United States*<br>No. 06-cv-00922-LB |
| 22 | *Makah Indian Tribe of the Makah Indian Reservation v. United States*<br>No. 06-cv-00889-LJB |
| 23 | *Muscogee (Creek) Nation of Oklahoma v. United States*<br>No. 06-cv-00918-JFM |
| 24 | *Navajo Nation v. United States*<br>No. 06-cv-00945-FMA |
| 25 | *Nez Perce Tribe v. United States*<br>No. 06-cv-00910-CFL |
| 26 | *Northwestern Band of Shoshone Indians v. United States*<br>No. 06-cv-00914-LB |
| 27 | *Oglala Sioux Tribe v. United States*<br>No. 05-cv-1378L-RHH |
| 28 | *Omaha Tribe of Nebraska v. United States*<br>No. 06-cv-00911-NBF |

| No. | Names and Civil Docket Numbers of Cases Filed in<br>United States Court of Federal Claims |
|-----|-------------------------------------------------------------------------------------------|
| 29 | *Osage Nation of Oklahoma v. United States*<br>No. 99-cv-00550-ECH (consolidates 00-169) |
| 30 | *Otoe-Missouria Tribe of Indians of Oklahoma v. United States*<br>No. 06-cv-00937-LAS |
| 31 | *Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California, v. United States*<br>No. 06-cv-00897-MCW |
| 32 | *Passamaquoddy Tribe v. United States*<br>No. 06-cv-00942-LJB |
| 33 | *Pawnee Nation of Oklahoma v. United States*<br>No. 07-cv-00002-SGB |
| 34 | *Prairie Band of Potawatomi Indians v. United States*<br>No. 06-cv-00921-LJB |
| 35 | *Pueblo of Laguna v. United States*<br>No. 02-cv-00024-FMA |
| 36 | *Pueblo of Santa Ana v. United States*<br>No. 06-cv-00892-LAS |
| 37 | *Quechan Tribe of the Fort Yuma Indian Reservation v. United States*<br>No. 06-cv-00888-SGB |
| 38 | *Red Cliff Band of Lake Superior Chippewa Indians v. United States*<br>No. 06-cv-00923-JPW |
| 39 | *Rosebud Sioux Tribe v. United States*<br>No. 06-cv-00924-JFM |
| 40 | *Round Valley Indian Tribes v. United States*<br>No. 06-cv-00900-SGB |
| 41 | *Salt River-Pima-Maricopa Tribes v. United States*<br>No. 06-cv-00943-LMB |
| 42 | *San Manuel Band of Serrano Missions Indians v. United States*<br>No. 06-cv-00893-CCM |
| 43 | *Seminole Nation of Oklahoma v. United States*<br>No. 06-cv-00935-GWM |

| No. | Names and Civil Docket Numbers of Cases Filed in United States Court of Federal Claims |
|---|---|
| 44 | *Soboba Band of Luiseno Indians v. United States* <br> No. 06-cv-00894-NBF |
| 45 | *Sokaogon Chippewa Community (aka Mole Lake Band of Lake Superior Chippewa Indians) v. United States* <br> No. 06-cv-00930-LJB |
| 46 | *Stillaguamish Tribe of Indians v. United States* <br> No. 06-cv-00916-NBF |
| 47 | *Swinomish Indian Tribal Community v. United States* <br> No. 06-cv-00899-FMA |
| 48 | *Three Affiliated Tribes of the Fort Berthold Indian Reservation v. United States* <br> No. 06-cv-00904-LJB |
| 49 | *Tohono O'odham Nation v. United States* <br> No. 06-cv-00944-EGB |
| 50 | *Tonkawa Tribe of Indians of Oklahoma v. United States* <br> No. 06-cv-00938-BAF |
| 51 | *United Keetoowah Band of Cherokee Indians in Oklahoma v. United States* <br> No. 06-cv-00936-TCW |
| 52 | *Ute Indian Tribe of the Uintah and Ouray Reservation v. United States* <br> No. 06-cv-00866-MCW |
| 53 | *Winnebago Tribe of Nebraska v. United States* <br> No. 06-cv-00913-MMS |
| 54 | *Wyandot Nation of Kansas v. United States* <br> No. 06-cv-00919-LMB |
| 55 | *Yankton Sioux Tribe v. United States* <br> No. 05-cv-1291-LB |
| 56 | *Yomba Shoshone Tribe v. United States* <br> No. 06-cv-00896-EJD |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| THE HAUDENOSAUNEE, and<br>THE ONODAGA NATION, | ) )<br>) | |
| Plaintiffs, | ) ) | |
| v. | ) )<br>) | Civil No. 1:06cv02254-JR |
| DIRK KEMPTHORNE<br>Secretary of the Interior, *et al.* | ) ) ) | |
| Defendants. | ) )<br>) | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendants' unopposed motion for enlargement of

time within which to file a motion for remand and for extension of the temporary stay of

litigation.  Upon consideration of the unopposed motion and for good cause shown, it is hereby

ORDERED that

1.      Defendants' unopposed motion should be and hereby is GRANTED.

2.      Defendants shall have to and including August 10, 2007, to file a motion for

remand in this case.

3.      The temporary stay of all proceedings in this case (issued by the Court on July 2,

2007) shall be extended at least until August 10, 2007.

4.      In the event that Defendants file a remand motion in this case on August 10, 2007,

this case shall be consolidated with the other Tribal trust accounting cases in which Defendants

file a remand motion, for the limited purpose of briefing and deciding the remand motion, and all

proceedings in the case shall be further stayed until after the remand motion has been decided.

SO ORDERED.

Date: _____          _____

HON. JAMES ROBERTSON
United States District Court Judge