IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HAUDENOSAUNEE; THE ONONDAGA NATION, )<br>)<br>Plaintiffs,              )<br>)<br>v.                                )<br>)<br>DIRK KEMPTHORNE, et al.,   )<br>)<br>Defendants.           ) | Case No:1:06cv02254-JR<br>Judge James Robertson |

**STATUS REPORT AND MOTION FOR TEMPORARY STAY OF LITIGATION
AND [PROPOSED] ORDER**

Pursuant to this Court's Order of December 19, 2007, Plaintiffs' respectfully submit this Status Report and Motion for Temporary Stay of Litigation of this case, effective immediately, to and including July 18, 2008:

1.     On March 21, 2007, this Court granted the parties' joint motion for a stay of litigation until July 27, 2007, in order to allow the parties to explore the possibility of settlement negotiations to resolve this case. On July 2, 2007, following a status conference in a related case in which the United States signaled its intent to ask the Court to "remand" that case and related cases for further administrative proceedings, this Court ordered the United States to file any such motions within 30 days, and imposed a stay of litigation on this case and related cases pending filing of such motions. After securing an extension of time and corresponding extension of the stay of litigation in this case and others, the United States on August 11, 2007, filed a motion

seeking to remand this case to the Bureau of Indian Affairs. In response, on October 22, 2007, Plaintiffs Haudenosaunee and Onondaga Nation, together with Indian nation plaintiffs in related cases, asked this Court to deny the United States' motion for remand.

2. On December 19, 2007, this Court denied the United States' motion for a remand and ordered Plaintiffs to file a status report within 30 days, setting forth proposals for further proceedings and a proposed schedule.

3. Prior to the filing by the United States of its remand motion, counsel for the parties undertook discussions in meetings and in teleconferences regarding the scope of possible settlement negotiations, the identification of documents to be produced by Defendants that are relevant or potentially relevant to the discussions, the outstanding legal claims and factual issues to be resolved, and related matters. In addition to counsel, discussion participants have included attorneys from the Solicitor's Office and the Office of Historical Trust Accounting of the Interior Department.

4. The parties have agreed that an informal settlement discussion process is the best mechanism to enable them to determine the possibility of resolving Plaintiffs' issues and claims in this and Plaintiffs' companion case. As part of their agreement, the parties are undertaking informal production of documents to advance their discussions.

5. Pursuant to their agreement, at Plaintiffs' request, Defendants have produced or will produce to Plaintiffs materials from the Tribal Trust Fund Reconciliation Project that relate to Plaintiff Onondaga Nation, as well as Plaintiff Haudenosaunee and its member nations, which will assist Plaintiffs in developing their settlement proposals. Plaintiffs intend to review and evaluate these materials. Plaintiffs intend to submit a subsequent written document request for additional documents, and Defendants plan to respond as expeditiously as possible to that

request.  Also, the parties have begun to negotiate and plan to execute joint stipulations and proposed orders to protect the confidentiality of certain documents and data to be provided by Defendants to Plaintiffs.  Upon execution of the joint stipulations, the parties will submit them to this Court, as well as the Court of Federal Claims, for consideration and possible approval and entry as orders in this case and in Plaintiffs' companion case.

6.     The parties are committed in good faith to continue these discussions and they believe genuine progress is possible toward an out-of-court resolution of Plaintiffs' claims in this case, as well as Plaintiffs' companion case in the Court of Federal Claims.

7.     A temporary stay is in the best interests of the parties and that it will serve the goal of judicial economy.  *See Landis v. North American Co.,* 299 U.S. 248 (1936) (a court has power to stay the case to promote economy of time and effort for itself, counsel and litigants).  A stay will permit an additional period of time to continue these discussions, and is preferable at this stage to litigation as a means to resolve the issues in this case and Plaintiffs' companion case.  Requiring the parties to engage in active litigation will detract from their settlement efforts and will not materially aid the parties in narrowing the issues or facilitating their settlement discussions.

8.     Counsel for the Defendants has indicated that they support this motion and consent to the stay.

9.     For the foregoing reasons, Plaintiffs respectfully request a stay of litigation through July 18, 2008.  The stay will allow sufficient time for the discussions and document production to continue.  (The parties intend to request the court in the companion case to extend that stay until July 18, 2008, as well.)  Specifically, in this case, the Plaintiffs request that the Court grant the following relief:

a.  Continue the temporary stay of the litigation of this case, to and including July18, 2008;

b.  Continue to defer, among other matters, the time and obligation for Defendants to file their Answer or otherwise respond to the Complaint, until after the termination of the temporary stay;

c.  Order that the parties file a joint status report on or before July18, 2008, informing the Court of the status and outcome of their discussions and making a proposal to the Court, if appropriate, about whether and how to proceed with the case; and

d.  Direct that, in the event the parties seek to reinstate and proceed with the litigation of this case, the parties set forth in their joint status report and proposal, their recommendations regarding the deadlines for such items as the filing by the Defendants of their Answer or response to the Complaint and the filing of the parties' Joint Report to the Court pursuant to Local Rule 16.3.

WHEREFORE, Plaintiffs respectfully request that the motion for extension of the temporary stay of litigation be GRANTED.

Date:   January 18, 2008         Respectfully submitted,

/s/ Curtis G. Berkey
Curtis Berkey, D.C. Bar No. 288647
cberkey@abwwlaw.com
Alexandra Page, D.C. Bar No. 461765
apage@abwwlaw.com
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070
Fax: (510) 548-7080

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HAUDENOSAUNEE; THE ONONDAGA NATION, ) ) ) | |
| Plaintiffs, ) ) | Case No:1:06cv02254-JR |
| ) | Judge James Robertson |
| v. ) ) | |
| DIRK KEMPTHORNE, et al., ) ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the Plaintiffs' motion for temporary stay of litigation. Upon consideration of the motion and for good cause shown, it is hereby ordered that:

1. The Plaintiffs' joint motion should be and hereby is GRANTED;

2. Effectively immediately, the litigation of this case, including Defendants' time and obligation to file their answer or otherwise respond to the Complaint, is temporarily stayed until July 18, 2008;

3. The parties shall file a joint status report on or before July 18, 2008, informing the Court of the status and outcome of their discussions and making a proposal to the Court, if appropriate, about whether and how to proceed with the case; and

4. In the event that the parties seek to reinstate and proceed with the litigation of this case, they shall set forth, in their joint status report and motion their recommendations regarding

the deadlines for such items as the filing by Defendants of their Answer or response to the

Complaint, and the parties' compliance with the requirements of Local Civil Rule 16.3.

    SO ORDERED.

Date:                                                                          _____
                                                                         HON. JAMES ROBERTSON
                                                                         United States District Judge