IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HAUDENOSAUNEE and THE ONONDAGA NATION, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 1:06cv02254-JR |
| DIRK KEMPTHORNE, ) Secretary of the Interior, et al., ) ) | |
| Defendants. ) ) | |

## NOTICE OF APPEARANCE

To the Clerk:

**PLEASE NOTE** that, pursuant to Local Civil Rule 83.6(a) of the Rules of the United States District Court for the District of Columbia, Jody H. Schwarz has entered an appearance as co-counsel for the Defendants in this matter. Electronic service by the Court is to be delivered to Jody.Schwarz@USDOJ.gov, as previously registered in the Electronic Case Filing (ECF) system. Service of any papers and correspondence by U.S. Mail should be addressed as follows:

> Jody H. Schwarz
> Environment & Natural Resources Division
> Department of Justice
> P.O. Box 663
> Washington, DC  20044-0663

All hand deliveries and Express deliveries (Federal Express, etc.) should be a addressed to:

> Jody H. Schwarz
> Environment and Natural Resources Division
> Department of Justice
> 601 D Street, NW
> Room 3114

Washington, DC 20004

Dated: May 29, 2008.

        Respectfully submitted,

        RONALD J. TENPASS
        Assistant Attorney General
        Environment & Natural Resources Division

By:  /s/ *Jody H. Schwarz*
        JODY H. SCHWARZ DC Bar # 493998
        Trial Attorney
        Natural Resources Section
        Environment & Natural Resources Division
        U.S. Department of Justice
        P.O. Box 663
        Washington, DC 20044-0663
        Telephone: (202) 305-0468
        Fax:      (202) 305-0506

        ANTHONY P. HOANG, FL Bar #798193
        Natural Resources Section
        United States Department of Justice
        Environment and Natural Resources Division
        P. O. Box 663
        Washington, DC 20044-0663
        Tel: (202) 305-0241
        Fax: (202) 353-2021

        Attorneys for Defendant

        OF COUNSEL:

        THOMAS KEARNS
        Office of the Solicitor
        United States Department of the Interior
        Washington, DC 20240

        TERESA E. DAWSON
        Office of Chief Counsel
        Financial Management Service
        United States Department of the Treasury
        Washington, DC 20227

## CERTIFICATE OF SERVICE

  I, Jody H. Schwarz, hereby certify that on this 29th day of May 2008, I caused a copy of the foregoing **Entry of Appearance** to be served upon the following attorney of record for plaintiff by electronically filing said document with the Clerk of the District Court using its ECF system, which electronically notifies them of the service of said documents and provides them with true and correct copies thereof.

    Curtis G. Berkey
    Cberkey@abwwlaw.com
    Scott W. Williams
    Swilliams@abwwlaw.com
    ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
    2030 Addison Street, Suite 401
    Berkeley, CA 94704
    Fax: 9510) 548-7080


         By  /s/ *Jody H. Schwarz*
            Jody H. Schwarz