IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HAUDENOSAUNEE; THE ONONDAGA NATION, ) ) ) | |
| Plaintiffs, ) ) | Case No:1:06cv02254-JR |
| ) | Judge James Robertson |
| v. ) ) | |
| DIRK KEMPTHORNE, et al., ) ) | |
| Defendants. ) | |

**JOINT STATUS REPORT AND MOTION FOR TEMPORARY STAY OF LITIGATION**

Pursuant to this Court's Order of January 29, 2008, the parties respectfully submit this Joint Status Report and Joint Motion for Temporary Stay of Litigation of this case, effective immediately, to and including January 16, 2009:

1. On January 29, 2008, this Court granted the parties' joint motion for a stay of litigation until July 18, 2008, in order to allow the parties to explore the possibility of settlement negotiations to resolve this case.

2. Following this Court's January 29, 2008 stay order, counsel for the parties undertook discussions regarding the scope of possible settlement negotiations, the identification of documents to be produced by Defendants that are relevant or potentially relevant to the discussions, the outstanding legal claims and factual issues to be resolved, and related matters.

3. Certain of the documents and data that Plaintiffs intend to seek from Defendants contain information that Defendants assert cannot be disclosed to the Plaintiffs or their counsel

without additional authorizations because the information concerns accounts related to the member nations of the Haudenosaunee, which, except for the Onondaga Nation, are not parties to this lawsuit.  The Haudenosaunee consists of six Indian nations, the Onondaga Nation, the Tonawanda Seneca Nation, the Mohawk Nation, the Cayuga Nation, the Tuscarora Nation and the Oneida Nation.

4. Accordingly, counsel for the parties conducted and completed negotiations for the language of a resolution authorizing release of such documents and information to Plaintiffs' counsel.  Plaintiffs' counsel have submitted the resolutions to non-party member nations of Plaintiff Haudenosaunee for their review and approval.  Three of the member nations of the Haudenosaunee have adopted and passed the resolution as drafted, and have thereby consented to Defendants' disclosure to Plaintiffs and their counsel of documents and data related to Defendants' accounting for their obligations under Article VI of the Treaty of Canandaigua, including but not limited to documents and data related to financial accounts maintained by Defendants in the names of the member nations.  The three member nations of the Haudenosaunee that have adopted the resolution are: the Tuscarora Nation, the Tonawanda Seneca Nation, and the Mohawk Nation.  In addition, the Onondaga Nation has consented to such disclosures by virtue of its status as a Plaintiff in this action.  Plaintiffs continue to work toward obtaining the necessary authorizations from the remaining nations.

5. Also, counsel for the parties are finalizing the language of joint stipulations and proposed orders regarding (a) the confidentiality of certain documents, data, and other materials to be provided by Defendants to Plaintiffs, and (b) the confirmation of the confidentiality of settlement discussions undertaken by the parties, in the course of this case and the companion case in the United States Court of Federal Claims.  Once these are final and are executed, the

stipulations will be submitted for approval to this Court and the United States Court of Federal Claims in the companion case.  After the Courts have entered the appropriate confidentiality protective orders, Defendants will produce to Plaintiffs' counsel the documents and data Plaintiffs have requested that are confidential under the applicable laws and regulations and that are not privileged.

6.      On May 6, 2008, following a hearing in the related case of *Nez Perce Tribe, et al., v. Kempthorne, et al.*, No. 06-2239, this Court invited Defendants, who had signaled an intent to file a motion to dismiss in that case, to "file its motion to dismiss in all the tribal cases that present the same or similar jurisdictional issues."  The Court ordered Defendants to file any such motions on or before June 6, 2008.

7.      On May 29, 2008, Defendants filed a motion in the instant case seeking an extension of time for the filing of a motion to dismiss in *Nez Perce* "and, if Defendants accept the invitation set forth by the Court in its order dated May 6, 2008, in all of the other Tribal trust cases that present the same or similar jurisdictional issues that will be briefed, in whole or in part, in *Nez Perce*."

8.      On June 16, 2008, Defendants filed motions to dismiss in *Nez Perce* and a number of related cases.  Defendants did not file a motion to dismiss the instant case.

9.      The parties are committed in good faith to continue their discussions and believe genuine progress is possible toward an out-of-court resolution of Plaintiffs' claims in this case, as well as Plaintiffs' companion case in the Court of Federal Claims.

10.     The parties agree that a temporary stay is in their best interests and will best serve the goal of judicial economy. *See Landis v. North American Co.,* 299 U.S. 248 (1936) (a court has power to stay the case to promote economy of time and effort for itself, counsel and

3

litigants). A stay will permit an additional period of time to continue these discussions, and is preferable at this stage to litigation as a means to resolve the issues in this case and Plaintiffs' companion case. Requiring the parties to engage in active litigation will detract from their settlement efforts and will not further the parties' ongoing efforts to uncover information central to the case and to narrow the issues in dispute.

11.   For the foregoing reasons, the parties respectfully request a stay of litigation to and including January 16, 2009. The stay will allow sufficient time for the discussions and document production to continue. The parties intend to request the U.S. Court of Federal Claims in the companion case to extend that stay until January 16, 2009 as well. Specifically, in this case, the parties request that the Court grant the following relief:

    a.   Continue the temporary stay of the litigation of this case, to and including January 16, 2009;

    b.   Continue to defer, among other matters, the time and obligation for Defendants to file their Answer or otherwise respond to the Complaint, until after the termination of the temporary stay;

    c.   Order that the parties file a joint status report on or before January 16, 2009, informing the Court of the status and outcome of their discussions and making a proposal to the Court, if appropriate, about whether and how to proceed with the case; and

    d.   Direct that, in the event the parties seek to reinstate and proceed with the litigation of this case, the parties set forth in their joint status report and proposal, their recommendations regarding the deadlines for such items as the filing by the Defendants of their Answer or response to the Complaint and the filing of the parties' Joint Report to the Court pursuant to Local Rule 16.3.

WHEREFORE, the parties respectfully request that their motion for extension of the temporary stay of litigation be GRANTED.

Date: July 18, 2008.                          Respectfully submitted,

ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP


s/ Curtis G. Berkey
CURTIS G. BERKEY (D.C. Bar No. 288647)
ALEXANDRA C. PAGE (D.C. Bar No. 461765)
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: (510) 548-7070
Fax: (510) 548-7080
E-mail: cberkey@abwwlaw.com
E-mail: alex.c.page@gmail.com

*Attorneys for Plaintiffs*


RONALD J. TENPAS
Assistant Attorney General


s/ Jody H. Schwarz
JODY H. SCHWARZ (D.C. Bar No. 493998)
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Tel: (202) 305-0241
Fax: (202) 353-2021
E-mail: Jody.Schwarz@usdoj.gov

OF COUNSEL:

ANTHONY P. HOANG
DEVON LEHMAN MCCUNE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources

SHANI WALKER
Office of the Solicitor
United States Department of the Interior

TOM KEARNS
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HAUDENOSAUNEE; THE ONONDAGA NATION, ) ) ) | |
|       Plaintiffs, ) ) | Case No:1:06cv02254-JR Judge James Robertson |
| v. ) ) | |
| DIRK KEMPTHORNE, et al., ) ) | |
|       Defendants. ) | |

**[PROPOSED] ORDER**

This matter is before the Court on a joint motion for temporary stay of litigation.

Upon consideration of the motion and for good cause shown, it is hereby ordered that:

    1.    The Plaintiffs' joint motion should be and hereby is GRANTED;

    2.    Effectively immediately, the litigation of this case, including Defendants' time and obligation to file their answer or otherwise respond to the Complaint, is temporarily stayed until January 16, 2009;

    3.    The parties shall file a joint status report on or before January 16, 2009, informing the Court of the status and outcome of their discussions and making a proposal to the Court, if appropriate, about whether and how to proceed with the case; and

    4.    In the event that the parties seek to reinstate and proceed with the litigation of this case, they shall set forth, in their joint status report and motion their recommendations regarding the deadlines for such items as the filing by Defendants of their Answer or

response to the Complaint, and the parties' compliance with the requirements of Local Civil Rule 16.3.

SO ORDERED.

Date: _____                              _____
                                                    HON. JAMES ROBERTSON, JUDGE
                                                    United States District Court